UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA, Warden,<br><br>    Respondent. | NO. CV 17-8303-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 16, 2018

ANDRE BIROTTE JR.
United States District Judge